# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RUSSELL COHEN, | ) | 3:05-CV-0438-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 15, 2005 |
| | ) | |
| MELVIN BAHLS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Compel (Doc. #12) and Defendants have responded (Doc. #14).

On this date, the court issued a Report and Recommendation recommending that Plaintiff file an Amended Complaint. Therefore, Plaintiff's Motion to Compel (Doc. #12) is **DENIED** as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
        Deputy Clerk