U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED

JAN 17 '06

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RUSSELL COHEN,

    Plaintiff,

vs.

MELVIN BAHLS, *et al.*,

    Defendants.

Case No. 3:05-CV-0438-ECR-RAM

**ORDER**

On December 15, 2005, U.S. Magistrate Judge Robert A. McQuaid, Jr., issued a Report and Recommendation (docket #17) in relation to defendants' motion to involuntarily dismiss this action under Fed. R. Civ. P. 41(b) (docket #10). Judge McQuaid determined that, even in light of plaintiff's *pro se* status, plaintiff's complaint falls well below the pleading standards imposed by the Federal Rules of Civil Procedure, in particular Fed. R. Civ. P. 8(a) and (e). Nonetheless, the magistrate judge concluded that plaintiff's failure to abide by Fed. R. Civ. P. 8 did not warrant Rule 41(b)

dismissal of this action. Instead, he recommended that plaintiff be allowed thirty days within which to file an amended complaint that complies with applicable pleading standards.

The plaintiff has filed an objection to the Report and Recommendation. Docket #19. The court has conducted a *de novo* review of the record in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2. The court concurs in the magistrate judge's findings and conclusions and further finds that the plaintiff presents no valid reason why the recommendation should not be adopted.

**IT IS THEREFORE ORDERED** that the U.S. Magistrate Judge's Report and Recommendation of December 15, 2005, (docket #17) is AFFIRMED and ADOPTED.

**IT IS FURTHER ORDERED** that defendants' motion to involuntarily dismiss this action under Fed. R. Civ. P. 41(b) (docket #10) is DENIED.

**IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days from the date this order is entered within which to file an amended pleading. Plaintiff is advised that his amended complaint shall be a simple, concise, and direct pleading that states clearly and succinctly how each and every defendant is alleged to have violated his federally-protected rights. Plaintiff is further advised that failure to file a complaint that complies with this Order and the Federal Rules of Civil Procedure will result in the dismissal of this action with prejudice.

**IT IS FURTHER ORDERED** that plaintiff's amended complaint

2

shall be submitted to the court for screening pursuant to 28 U.S.C. § 1915A, with the defendants being required to answer only after such screening has been completed.

DATED: January 13, 2006.

_____
UNITED STATES DISTRICT JUDGE