# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL COHEN, ) | 3:05-CV-0438-ECR (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | September 18, 2006 |
| ) | |
| MELVIN BAHLS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Production of Court Docket in Instant Case (Doc. #44).

Plaintiff's Motion for Production of Court Docket in Instant Case (Doc. #44) will be **GRANTED** on a one-time only basis. The Clerk shall send a copy of the docket sheet in this matter to Plaintiff.

**IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                                By:       /s/
                                                                        Deputy Clerk