UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

RUSSELL COHEN,  )  3:05-CV-0438-ECR-RAM
   )
   Plaintiff,  )
   )
vs.  )
   )
MELVIN BAHLS, et al.,  )
   )
   Defendants.  )
   )

PRESENT: _____EDWARD C. REED, JR._____ U. S. DISTRICT JUDGE

Deputy Clerk: __COLLEEN LARSEN__  Reporter: __NONE APPEARING__

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS

This Court previously granted Defendants' motion for stay (#73) by our Order (#76) of July 10, 2007. The thirty-day stay imposed by our Order (#76) has since expired.

On May 24, 2007, the Magistrate Judge filed a Report and Recommendation (#69), recommending that Plaintiff's motion for emergency injunction (#55) be denied and that Defendants' motion to strike (#60) be denied as moot.

By our Order (#72), this Court granted Plaintiff's motion for extension of time (#71), giving him until July 5, 2007 to file his objections. No objections have been timely filed.

**IT IS HEREBY ORDERED** that the Report and Recommendation (#69) is well taken and is **APPROVED** and **ADOPTED** by the court.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's motion for emergency injunction (#55) is **DENIED**, and Defendants' motion to strike (#60) is **DENIED** as moot.

LANCE S. WILSON, CLERK

By ____/s/_____
   Deputy Clerk