```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                          RENO, NEVADA
```

RUSSELL COHEN,                    )    3:05-CV-00438-ECR-RAM
                                  )
    Plaintiff,                    )    MINUTES OF THE COURT
                                  )
vs.                               )    DATE: JANUARY 18, 2008
                                  )
MELVIN BAHLS, et al.,             )
                                  )
    Defendants.                   )
_____)

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On December 21, 2007, the Magistrate Judge filed a Report and Recommendation (#80) recommending that Count II of the complaint be dismissed. The Court previously dismissed (#54) Count I and Count III.

    No objections were filed to the Report and Recommendation (#80).

    The Report and Recommendation (#80) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation (#80) is **APPROVED** and **ADOPTED** by the Court.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendants' Motion to Dismiss (#74), filed June 21, 2007, is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                                    LANCE S. WILSON, CLERK

                                                    By       /s/
                                                          Deputy Clerk