# UNITED STATES DISTRICT COURT

_____ ***** _____ DISTRICT OF __NEVADA_____

RUSSELL COHEN,

            Plaintiff,

V.

MELVIN BAHLS, et al.,

            Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:05-cv-00438-ECR-RAM**

__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' (#74) Motion to Dismiss, filed June 21, 2007, is GRANTED.

   January 23, 2008___

            **LANCE S. WILSON**
               Clerk

           /s/ Kalani Lizares___
             Deputy Clerk